AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| LILLIAN WOODY and FRED WOODY, JR., ) | |
|         Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| BANK OF AMERICA CORPORATION, ) | **CASE NO. 5:09-CV-398-D** |
| BANK OF AMERICA, N.A., and ) | |
| BAC HOME LOANS SERVICING, L.P. ) | |
|         Defendant. ) | |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that Plaintiffs' amended complaint fails to state a claim upon which relief can be granted. Accordingly, the court GRANTS defendants' motion to dismiss [D.E. 6] and DENIES plaintiffs' motion to amend, join parties, and compel production [D.E. 16].

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 9, 2010**, AND A COPY MAILED TO:

Lillian Woody & Fred Woody, Jr., (via USPS)
Donald R. Pocock (via CM/ECF Notice of Electronic Filing)
Joseph Samuel Dowdy (via CM/ECF Notice of Electronic Filing)


June 8, 2010                                       DENNIS IAVARONE, Clerk
Date                                               *Eastern District of North Carolina*

                                                             /s/ Debby Sawyer
*Raleigh, North Carolina*                              *(By) Deputy Clerk*