IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-398-D

| | | |
|---|---|---|
| LILLIAN WOODY and<br>FRED WOODY, JR., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| BANK OF AMERICA CORPORATION,<br>BANK OF AMERICA, N.A., and<br>BAC HOME LOANS SERVICING, L.P., | ) ) ) ) | |
| Defendants. | ) | |

On June 17, 2010, plaintiffs filed a motion for a new trial [D.E. 21]. On June 25, 2010, defendants responded in opposition [D.E. 22].

There never was a trial in this case. On June 8, 2010, the court granted defendants' motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 19]. Plaintiffs' motion [D.E. 21] lacks merit and is DENIED.

SO ORDERED. This 25 day of June 2010.

JAMES C. DEVER III
United States District Judge