IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-398-D

| | |
|---|---|
| LILLIAN WOODY and FRED WOODY, JR., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P., )<br><br>Defendants. ) | **ORDER** |

On June 6, 2010, this court granted defendants' motion to dismiss, entered final judgment, and closed this case [D.E. 19, 20]. On July 7, 2010, plaintiffs appealed this action to the United States Court of Appeals for the Fourth Circuit [D.E. 24]. On July 26, 2010, plaintiffs filed a second notice of appeal with the Fourth Circuit [D.E. 29]. On December 22, 2010, the Fourth Circuit affirmed this court's final judgment [D.E. 20], and this court's order denying plaintiffs' motion for a new trial [D.E. 23]. See Woody v. Bank of Am. Corp., Nos. 10-1775, 10-1852, 2010 WL 5392824, at *1 (4th Cir. Dec. 22, 2010) (per curiam) (unpublished).

On July 12, 2010, while plaintiffs' appeals were pending, plaintiffs filed a motion for objections [D.E. 28]. On August 3, 2010, they filed a motion to seal [D.E. 33].

In light of the Fourth Circuit's decision affirming this court's dismissal and judgment, plaintiffs' motion for objections [D.E. 28] is DENIED as moot. The court has reviewed the documents plaintiffs move to seal [D.E. 15, 16, 21] and finds that the documents were redacted when

filed or do not fall under the privacy protections of Rule 5.2 of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 5.2. Thus, plaintiffs' motion to seal [D.E. 33] is DENIED.

SO ORDERED. This 7 day of January 2011.

JAMES C. DEVER III
United States District Judge